ORIGINAL

SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
FRANCISCO BAUTISTA-CABRALES
aka Roberto Zavala-Resendez

FILED
SEP 2 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO BAUTISTA-CABRALES<br>aka Roberto Zavala-Resendez,<br><br>Defendant. | Mag. No. 3-10-70816-BZ<br><br>WAIVER OF BAIL HEARING WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER<br><br>Date: September 22, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. Bernard Zimmerman |

Defendant Francisco Bautista-Cabrales (aka Roberto Zavala-Resende) was arraigned on the Complaint herein before Magistrate Judge Zimmerman on September 16, 2010 and the undersigned counsel was appointed on September 17, 2010. Based on the government's motion for detention, the court entered a temporary order of detention pending a bail hearing, which was scheduled for Wednesday, September 22, 2010 at 9:30 a.m. before Magistrate Judge Bernard Zimmerman. The defendant is currently detained in U.S. Marshal's custody.

The defendant, through his appointed counsel, hereby waives his right to a bail hearing, without prejudice to his right to re-open the question of bail if he is able to provide the Court with information to support his release on bail. Therefore, the bail hearing currently set for Wednesday, September 22, 2010 at 9:30 a.m. before

Magistrate Judge Zimmerman is no longer necessary, and defendant requests that the matter to be taken off the calendar for that date. The undersigned has asked Ron Tyler of the Federal Defender's Office (co-defendant Banuelas' attorney) to set a date for the preliminary hearing when Mr. Tyler appears on September 21, 2010 before this Court.

Dated: September 20, 2010                Respectfully submitted,

/S/ Suzanne A. Luban/
SUZANNE A. LUBAN
Attorney A Law
Counsel for Defendant

ORDER

For Good Cause Shown, IT IS HEREBY ORDERED that the detention hearing currently set for Wednesday, September 22, 2010 at 9:30 a.m. before this Court is hereby vacated, and defendant Francisco Bautista-Cabrales (aka Roberto Zavala-Resendez is ordered detained without prejudice to ~~reopen the issue of~~ his right to seek pretrial release in the future ~~upon request by the defendant.~~

DATED: 2 / Sept / 2010

Hon. Bernard Zimmerman
U.S. Magistrate Judge

2