UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. 10-693-MMC |
| | ) | ~~PROPOSED~~ |
| Plaintiff, | ) | ~~EX PARTE~~ **ORDER** |
| | ) | **PERMITTING DEFENDANTS** |
| vs. | ) | **TO USE MP3 PLAYERS AND** |
| | ) | **PERMITTING COUNSEL TO** |
| FRANCISCO BAUTISTA-CABRALES, | ) | **USE LAPTOP COMPUTERS** |
| aka Roberto Zavala-Resendez, et al., | ) | **IN JAILS** |
| | ) | |
| Defendants. | ) | |
| | ) | Judge: Hon. Maxine M. Chesney |

Finding good cause shown as audio discovery has been provided in digital format, IT IS HEREBY ORDERED that:

1. Defendant Francisco Bautista-Cabrales (PFN ULS452 and Guadalupe Banuelos-Mendoza (PFN ULS451), both now housed at Glenn Dyer, shall be permitted to possess in their cells no more than 3 MP3 players (with 1 set each of earbuds and batteries, to be provided by defense counsel), at Glenn Dyer Jail, Santa Rita Jail, and/or FDC Dublin, and defendants shall be permitted to keep and maintain the MP3 players during the case and use them to review audio discovery;

2. Defense counsel for the above-named defendants shall be permitted to use a laptop computer in jail visits in accordance with the regulations of each jail, to review the audio discovery with each defendant during visits.

Dated: <u>October 28</u>   , 2010

Hon. Maxine M. Chesney
United States District Judge