MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUG WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0693 MMC |
|    Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CHANGING HEARING DATE** |
| FRANCISCO BAUTISTA-CABRALES, ) | |
|    and ) | |
| GUADALUPE BANUELOS-MENDOZA, ) | |
| ) | |
|    Defendant. ) | |

On October 13, 2010, the parties appeared before the Court for a status hearing. At that time, the Court set a further status hearing for December 1, 2010, at 2:30 p.m., later changed to December 2, 2010. Since that time, the defendants have requested permission to use MP3 players in jail to review recordings of alleged drug transactions, and they have recently received this equipment and begun this process. They have also requested further information regarding some of the discovery already provided, which the government is working to provide. In addition, the parties have engaged in preliminary discussions to resolve the case, which they plan to continue. At this point, the case will not resolve or be ready for motion or trial setting, so the

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 10-0693 MMC

parties respectfully request that the December 2, 2010 hearing be moved to January 26, 2011 at 2:30 p.m., or to the next Wednesday on which the Court is available.

The Court has already excluded on the record the time from October 13, 2010 through December 1, 2010 from the calculations under the Speedy Trial Act.

The parties request that time from December 1, 2010 through January 26, 2011 be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties agree that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: November 30, 2010          /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: November 30, 2010          /s/
RONALD TYLER
Attorney for Defendant FRANCISCO
BAUTISTA-CABRALES

DATED: November 30, 2010          /s/
SUZANNE LUBAN
Attorney for Defendant GUADALUPE
BANUELOS-MENDOZA

### [~~PROPOSED~~] ORDER

For good cause shown, the Court hereby orders that the status hearing set for December 2, 2010 be moved to January 26, 2011. The Court finds that an exclusion of the time between December 1, 2010 and January 26, 2011 from any limits applicable under 18 U.S.C. § 3161 is warranted. The Court finds that the ends of justice served by granting such an exclusion of time

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 10-0693 MMC                              2

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  A failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: __December 1, 2010_

_____
HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 10-0693 MMC                                              3