1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Venue)

8    UNITED STATES OF AMERICA,          )          CR. 10-693-MMC
                                        )
9          Plaintiff,                   )
                                        )          [PROPOSED] ORDER
10         vs.                          )
                                        )
11   FRANCISCO BAUTISTA-CABRALES,)
           et al.,                      )
12                                      )
           Defendants.                  )
13   _____ )          Judge: Maxine M. Chesney

14

15         For Good Cause Shown and pursuant to the stipulation of the parties,

16         IT IS HEREBY ORDERED that the hearing scheduled for June 29, 2011 is

17   vacated and shall be continued to July 20, 2011 at 2:30 p.m.

18         IT IS FURTHER ORDERED that the time from June 29, 2011 through July

19   20, 2011 shall be excluded in accordance with the provisions of the Speedy Trial Act,

20   18 U.S.C. §3161(h)(7)(A) and (B)(iv) for adequate time for effective preparation of

21   counsel.   The Court finds that the ends of justice served by granting the continuance

22   outweigh the best interests of the public and the defendant in a speedy trial, and that

23   the failure to grant the continuance requested would unreasonably deny counsel the

24   reasonable time necessary for effective preparation, taking into account due diligence,

25   given the need for review of voluminous discovery.  IT IS SO ORDERED.

26   Dated:  _June 28___, 2011

                                        _____
                                        Hon. Maxine M. Chesney
27                                      U.S. District Court

28