UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )<br>       vs.                                           )<br>                                                          )<br>FRANCISCO BAUTISTA-CABRALES,)<br>            et al.,                                )<br>                                                          )<br>            Defendants.                      )<br>_____ ) | CR. 10-693-MMC<br><br>~~[PROPOSED]~~ ORDER<br><br><br><br><br><br>Judge: Maxine M. Chesney |

For Good Cause Shown and pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the hearing scheduled for August 31, 2011 is vacated and shall be continued to September ~~7 [or~~ 14], 2011 at 2:30 p.m. for change of plea or motion setting as to both defendants.

IT IS FURTHER ORDERED that the time from August 31, 2011 through September 14, 2011 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate time for effective preparation of counsel.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the continuance requested would unreasonably deny the defendant continuity of counsel and also would deny defense counsel the reasonable time necessary for effective preparation, taking into account due diligence.  IT IS SO ORDERED.

Dated: _August 23_, 2011                              _____
                                                                          Hon. Maxine M. Chesney
                                                                          U.S. District Court